U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 19 2012
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PAMELA CRAINEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:11-CV-613-A |
| | § |
| MICHAEL J. ASTRUE, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

### ORDER

Came on for consideration the above-captioned action wherein Pamela Crainey is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits and supplemental security income under applicable provisions of the Social Security Act. On November 1, 2012, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until November 15, 2012, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the Magistrate Judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the

Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant, Michael J. Astrue, Commissioner of Social Security, that based on the application for a period of disability and disability insurance benefits, and the application for supplemental security income, filed September 24, 2008, plaintiff, Pamela Crainey, is not disabled under sections 216(i), 223(d), and 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED November 19, 2012.

JOHN McBRYDE
United States District Judge